NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Kevin : Realworldfare, sui juris, in propria persona
Corey: Walker, sui juris, in propria persona
Care of: 3410 La Sierra Avenue #F-351
Riverside, California [92503]
non-domestic without the United States
Email: team@walkernovagroup.com

ATTORNEY(S) FOR:



FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kai Fan,
   Purported Plaintiff,
         v.
LWY RIDERS LLC, BEGINNINGS TRUST,
   Purported Defendants
                                    Defendant(s)

CASE NUMBER:
EDCV 25-01614-MWF (ASx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NEW BEGINNINGS TRUST | Equitable title holder and real party in interest; holds beneficial interest in the subject property via private express trust |
| LWY RIDERS, LLC | Legal title holder of record for administrative purposes; holds bare legal title in constructive trust <br> 100% owned by NEW BEGINNINGS TRUST (NON-PUBLIC, NON STATUTORY TRUST) |
| Kevin: Realworldfare | Intervenor, real party in interest, and injured party |
| Corey: Walker | Intervenor, real party in interest, and injured party |

June 27, 2025
_____
Date

BY: Kevin: Realworldfare, All rights reserved, without recourse  UCC 1-308
Signature  injured party, intervenor, Real party in interest  without prejudice

Attorney of record for (or name of party appearing in pro per):
_____